CURRY v. FIRST FEDERAL SAVINGS AND LOAN ASSN.

No. 61P97

Case below: 125 N.C.App. 108

Petition by plaintiffs (Charlotte T. Curry et al) for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

DWYER v. THURBER

No. 225P97

Case below: 125 N.C.App. 747

Petition by defendant (Mary Caroline Simmons Thurber) for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

EDWARDS v. WEST

No. 174A97

Case below: 125 N.C.App. 742

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 June 1997.

GRASTY v. GRASTY

No. 223P97

Case below: 125 N.C.App.736

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

HEFTER v. CORNET, INC.

No. 180A97

Case below: 125 N.C.App. 743

Notice of appeal by defendants pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 5 June 1997.